No. 93–6373. LIMPY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6376. REYES-SANTIAGO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6378. MENDEZ v. ZINGERS. C. A. 9th Cir. Certiorari denied.

No. 93–6379. MCDONALD v. WOODS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6381. VITALE v. BROCK ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–6382. KIMBLE v. HOLMES & NARVER SERVICES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6383. JOHNSON v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL. Ct. App. Ga. Certiorari denied.

No. 93–6389. CHILDS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6402. KEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6403. BENTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6435. BORTNICK v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 93–6442. THOMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6450. PEEPLES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–6474. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6477. TOWNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.